08 CV 5447

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RETTINO INSURANCE AGENCY, Individually And On Behalf of All Others Similarly Situated     Plaintiff, | |
| -v- | Case No. 08 CV 5447 (McMahon) ECF Case |
| THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI     Defendant. | **Rule 7.1 Statement** |

RECEIVED
JUN 16 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__RETTINO INSURANCE AGENCY__ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N/A

**Date:** June 13, 2008

_[signature]_
Signature of Attorney

**Attorney Bar Code:** LP-6327

Form Rule7_1.pdf  SDNY Web 10/2007