# STULL, STULL & BRODY
*ATTORNEYS AT LAW*
*6 EAST 45th STREET*
*NEW YORK, N.Y. 10017*

TELEPHONE
212-687-7230

TELECOPIER
212-490-2022

**MEMO ENDORSED**  June 20, 2008

<u>Via Facsimile 212-805-6326</u>
The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

*[handwritten endorsement: lead plaintiff/ their motion / Colleen McMahon 6/20/08]*

Re: *Landmen Partners, Inc. v. The Blackstone Group, L.P.*, 08-cv-3601 (CM)
*McAdam v. The Blackstone Group, L.P.*, 08-cv-3838 (CM)
*Jakeman v. The Blackstone Group, L.P.*, 08-cv-4064 (CM)
*Galchut v. The Blackstone Group, L.P.*, 08-cv-4110 (CM)
*Rettino Insurnace Agency v. The Blackstone Group, L.P.*, 08-CV-05447 (  )

Dear Judge McMahon,

We are counsel for plaintiff David W. Jakeman and other lead plaintiff movants Roderick Hernandez, Linda Hernandez, Tsang Tak Keung, Alice Tu and Yixtn Tu (collectively the "Jakeman Group"). On behalf of the Jakeman Group we respectfully submit this letter to withdraw those movants' application for appointment of Lead Plaintiff.

Respectfully submitted,

STULL, STULL & BRODY

By: _____
Mark Levine

cc: Bruce Angiolillo, Esq. (all by fax and e-mail)
Paul Sirkis, Esq.
David A.P. Brower, Esq.
Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Ralph M. Stone, Esq.
Lisa M. Pollard, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08